FOX ROTHSCHILD LLP
Glenn S. Grindlinger, Esq.
Zev Singer, Esq.
100 Park Avenue, Suite 1500
New York, NY 10017
Tel: (212) 878-7900
Fax: (212) 692-0940

*Attorneys for Breitling USA*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREDERICK M. CARGIAN,<br><br>       Plaintiff,<br><br>   - against –<br><br>BREITLING USA, INC.,<br><br>       Defendant. | ECF Case<br><br>No. 15-cv-01084 (GBD)<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

   **PLEASE TAKE NOTICE** that, upon defendant's Local Rule 56.1 Statement of Undisputed Material Facts, dated February 29, 2016; the Declaration of Zev Singer, dated February 29, 2016, and the declarations and exhibits annexed thereto, the accompanying Memorandum of Law in Support of Defendant's Motion for Summary Judgment, dated February 29, 2016, and upon all other pleadings and proceedings herein, Defendant Breitling USA, Inc. ("Defendant") will move this Court, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, before the Honorable George B Daniels, on a date and time designated by the Court for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Defendant summary judgment and dismissing all claims in this action.

39109939

- 2 -

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the briefing schedule set by the Court, the Plaintiff is to serve his opposition papers no later than March 28, 2016, and Defendant's reply papers are to be served no later than April 11, 2016.

Dated: February 29, 2016  FOX ROTHSCHILD LLP
      New York, New York

                                       /s/ *Zev Singer*
                         By:_____
                             Glenn S. Grindlinger
                             Zev Singer

                         100 Park Avenue, Suite 1500
                         New York, New York 10017
                         (212) 878-7900

                         *ATTORNEYS FOR BREITLING USA, INC.*

TO: All attorneys of record (via ECF)