UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FREDERICK M. CARGIAN,

                    Plaintiff,                    15 **CIVIL** 01084 (GBD)

      -against-                        **JUDGMENT**

BREITLING USA, INC.,
                    Defendant.
------------------------------------------------------------X

      Defendant having moved, pursuant to Fed. R. Civ. P. 56, for summary judgment to dismiss Plaintiff's Complaint in its entirety, and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on September 29, 2016, having rendered its Memorandum Decision and Order granting Defendant's motion for summary judgment, dismissing with prejudice, Plaintiff's first cause of action for violation of Title VII and second cause of action for violation of the ADEA , dismissing without prejudice Plaintiff's third cause of action for violation of the NYSHRL and court cause of action for violation of the NYCHRL, and directing the Clerk of Court to close the above-captioned action, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 29, 2016, Defendant's motion for summary judgment is granted; Plaintiff's first cause of action for violation of Title VII and second cause of action for violation of the ADRA are dismissed with prejudice; Plaintiff's third cause of action for violation of the NYSHRL and fourth cause of action for violation of the NYCHRL are dismissed without prejudice; accordingly, the above-captioned action is closed.

**Dated:**  New York, New York
          September 29, 2016

                                                               **RUBY J. KRAJICK**
                                                                       Clerk of Court
                                           **BY:**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _9/29/2016_                            Deputy Clerk