


**Fox Rothschild LLP**
ATTORNEYS AT LAW

101 Park Avenue, 17th Floor
New York, NY 10178
T: 212.878.7900 F: 212.692.0940
www.foxrothschild.com

Glenn S. Grindlinger
Direct Dial: 212-905-2305
Email: ggrindlinger@foxrothschild.com

April 24, 2019

**SO ORDERED:**

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: APR 2 5 2019

**VIA ECF**

Hon. George B. Daniels
United States District Judge
United States District Court
  for Southern District of New York
500 Pearl St.
New York, NY 10007

Re: **Cargian v. Breitling USA, Inc.**
    Civil Action No.: 15-cv-01084

Your Honor:

We represent Defendant Breitling USA, Inc. in the above-referenced matter. Jointly with Plaintiff, we write to update the Court on this matter.

As Your Honor may be aware, on April 22, 2019, the United States Supreme Court granted certiorari to *Zarda v. Altitude Express, Inc.*[1], the case the Second Circuit relied upon in reversing this Court's decision to grant summary judgement to Defendant. The parties agree the Supreme Court's decision in *Zarda* will have a material impact on whether this case should proceed. Accordingly, the parties jointly request that the Court stay this matter pending the Supreme Court's decision in *Zarda/Bostock* and that all current dates be adjourned *sine dine*. The parties also propose that they jointly inform the Court within thirty (30) days after the Supreme Court issues a decision in *Zarda/Bostock* about how the matter should proceed in light of said decision.

If the Court has any questions or concerns, we are available at the Court's convenience.

Very truly yours,

FOX ROTHSCHILD LLP

Glenn S. Grindlinger

cc: All counsel of record (via ECF)

---

[1] The Supreme Court also granted certiorari to *Bostock v. Clayton County, Georgia*, and consolidated that case with *Zarda* as they present the same issue: "Whether the prohibition in Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2(a)(1) against employment discrimination 'because of sex' encompasses discrimination based on an individual's sexual orientation."
A Pennsylvania Limited Liability Partnership

California   Colorado   Connecticut   Delaware   District of Columbia   Florida   Illinois
             Minnesota  Nevada        New Jersey   New York   Pennsylvania   Texas   Washington