UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

FREDERICK M. CARGIAN,

                     Plaintiff,

-against-

BREITLING USA, INC.,

                     Defendant.

------------------------------------- x

ORDER

15 Civ. 1084 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of Court is hereby directed to place the above-captioned action on the suspense docket until further order of this Court.

Dated: New York, New York
         April 25, 2019

SO ORDERED.

GEORGE B. DANIELS
United States District Judge