UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
FREDERICK M. CARGIAN,

                              Plaintiff,

       -against-

BREITLING USA, INC.,

                             Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

15 Civ. 1084 (GBD)

GEORGE B. DANIELS, United States District Judge:

    A conference is scheduled for October 14, 2020 at 9:45 am.

Dated: New York, New York
       July 14, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge