UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
FREDERICK M. CARGIAN,

        Plaintiff,

  -against-

BREITLING USA, INC.,

        Defendant.
------------------------------------- x

ORDER

15 Civ. 1084 (GBD)

GEORGE B. DANIELS, United States District Judge:

  The Clerk of Court is hereby directed to remove the above-captioned action from the suspense docket and place it on the active docket.

  The status conference scheduled for October 14, 2020 is adjourned to February 3, 2021 at 9:45 am.

  Defendant may renew its motion for summary judgment and supplement its prior submissions by letter addressing why summary judgment is warranted under the Supreme Court's recent decision in *Bostock v. Clayton County, Georgia*, 140 S. Ct. 1731 (2020), and prior summary judgment precedence.

  Defendant's letter submission shall be due by November 9, 2020. Plaintiff's letter opposition shall be filed by December 9, 2020 and Defendant's letter reply, if any, shall be submitted by December 23, 2020.

Dated: New York, New York
   October 8, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge