UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
FREDERICK M. CARGIAN,

                     Plaintiff,

    -against-

BREITLING USA, INC.,

                     Defendant.
------------------------------------- x

ORDER

15 Civ. 1084 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The status conference scheduled for February 3, 2021 is canceled. Oral argument on Defendant's renewed motion for summary judgment, (ECF No. 84), is scheduled for February 24, 2021 at 10:30 am.

Dated: New York, New York
       January 7, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge