**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FREDERICK M. CARGIAN,

                Plaintiff,                    15 **CIVIL** 1084 (GBD)

       -against-                       **JUDGMENT**

BREITLING USA, INC.,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Decision and Order dated September 13, 2021, Defendant's Renewed Motion for Summary Judgment, (ECF No. 84) is granted; accordingly, this case is closed.

**Dated:**  New York, New York
         September 15, 2021

                                                     **RUBY J. KRAJICK**
                                                      Clerk of Court
                                  BY:
                                                         Deputy Clerk