UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREDERICK M. CARGIAN,<br><br>                Plaintiff,<br><br>-against-<br><br>BREITLING USA, INC.,<br><br>                Defendant. | ECF Case<br><br>15 Civ. 1084 (GBD)<br><br>NOTICE OF APPLICATION FOR COSTS SOUGHT AGAINST PLAINTIFF |

**PLEASE TAKE NOTICE** that, upon Defendant's Bill of Costs, the Declaration of Glenn S. Grindlinger dated September 27, 2021, and the exhibits annexed thereto, and all other pleadings and proceedings herein, Defendants will move this Court before the Orders and Judgment Clerk at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, Room 250, New York, New York 10007 on October 18, 2021 at 9:30 a.m., or as soon thereafter as counsel may be heard at a time and date to be determined as convenient for the Court for an order pursuant to Rule 54 of the Federal Rules of Civil Procedure, Local Civil Rule 54.1, and 208 U.S.C. §§1920 and 1923 granting costs sought by Defendant and granting such other relief that this Court deems proper.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: New York, New York<br><br>            October 4, 2021 | FOX ROTHSCHILD LLP<br>*Attorneys for Defendant*<br><br>*/s/ Glenn S. Grindlinger*<br>Glenn S. Grindlinger |

126311598.1